WILLIS & YOUNG, P.C.
921 Bergen Avenue, Suite 528
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant, RAJAHN ALSTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | :: | UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY |
| Plaintiff, | :: | |
| vs. | :: | MAG. NO.: 07-3575 |
| RAJAHN ALSTON, | :: | |
| Defendant(s) | :: | **BAIL MODIFICATION CONSENT ORDER** |

THIS matter having been opened to the Court by Michael T. Willis., Esq., of Willis & Young, P.C. attorney for defendant Rajahn Alston requesting an Order modifying bail conditions and the United States Attorney, by Jake Elberg, Assistant United States Attorney, appearing, and consenting to entry of this order for good cause shown,

IT IS on this 6 day of May, 2008:

ORDERED Defendant is permitted to leave his home for employment activity as pre-approved by Pretrial Services.

IT IS FURTHER ORDERED that all other bail conditions and restrictions remain in full force and effect.

_____
HON. WILLIAM H. WALLS, U.S.D.J.

I hereby consent to the form
and entry of the above order.

_____
JAKE ELBERG, A.U.S.A.